**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

UNITED STATES OF AMERICA

VS.                                                                          CASE NO: 2:11-cr-37-FtM-36UAM

FRANCESCO E. MILETO

## ORDER

This matter comes before the Court on Defendant's Request to Produce (Doc. #62) and Defendant's Request for Admissions (Doc. #63), both filed on May 17, 2013. The Motions request information from Garnishee IberiaBank stemming from Defendant's objections to the writ of garnishment issued on IberiaBank. As Defendant has withdrawn his objections to the continuing writ of garnishment (Docs. #64, 65), the Court will deny the instant Motions as moot.

Accordingly, it is now **ORDERED:**

(1) Defendant's Request to Produce (Doc. #62) is **DENIED as moot**.

(2) Defendant's Request for Admissions (Doc. #63) is **DENIED as moot**.

**DONE AND ORDERED** at Fort Myers, Florida, this 31st day of May, 2013.

*/s/ Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All parties of record